**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-02098-REB-BNB

EDGY COMMUNICATIONS, LLC,
a Nevada limited liability company,

Plaintiff,

v.

ANTOHNY CORRADO, an individual residing in Colorado; and
REX LOGAN, an individual residing in Colorado,

Defendants.

## ORDER FOR BRIEFING ON THE ISSUE OF JURISDICTION, RESPONSE TO MOTION, AND HEARING

**Blackburn, J.**

This matter is before me on the plaintiff's **Motion for Temporary Restraining Order and Preliminary Injunction** [#17], filed October 11, 2007. Having reviewed the motion and the record in this case, I conclude that further briefing addressing this court's jurisdiction is necessary. In addition, a response from the defendants addressing the plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction is necessary also. Because a hearing on these matters also may be necessary, I reserve in this order a date and time for such a hearing.

**THEREFORE IT IS ORDERED** as follows:

1. That the parties shall have until **10:00 a.m. (MDT)** on **Wednesday, October 17, 2007**, to file a brief addressing the basis, if any, for this court's jurisdiction over the claims asserted in the plaintiff's complaint;

2.  That the parties' briefs on the issue of jurisdiction shall be limited to ten pages;

3.  That the parties **SHALL BRIEF** the issue of jurisdiction in briefs filed simultaneously, and no responses or replies on the issue of jurisdiction will be allowed;

4.  That the defendants shall have until **10:00 a.m. (MDT)** on **Wednesday, October 17, 2007**, to file a response to the plaintiff's **Motion for Temporary Restraining Order and Preliminary Injunction** [#17], filed October 11, 2007;

5.  That based on the parties' papers, the court may rule on the papers, conduct an evidentiary hearing, or entertain oral argument;

6.  That absent an earlier written ruling, the court **SHALL HEAR AND CONSIDER** the plaintiff's **Motion for Temporary Restraining Order and Preliminary Injunction** [#17], filed October 11, 2007, on **Thursday, October 18, 2007, at 1:30 o'clock p.m. (MDT)** in Courtroom A-701, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Dated at Denver, Colorado, October 12, 2007.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**