IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

**Date:  October 18, 2007**

Ginny Kramer, Courtroom Deputy
Suzanne Claar, Court Reporter

---

**Civil Case No.  07-cv-02098-REB**

| | |
|---|---|
| EDGY COMMUNICATIONS, LLC., a Nevada limited liability company, | Chris Austin Jeffrey Lippa |
| Plaintiff | |
| v. | |
| ANTHONY CORRADO, an individual residing in Colorado, and REX LOGAN, an individual residing in Colorado. | Kevin O'Brien John Bolmer Joseph Marconi |
| Defendants. | |

---

**COURTROOM MINUTES**

---

**1:35 p.m.     Court in session.**

Appearances of counsel.

Opening statements by the court.

The Plaintiff makes an oral request for Mr. Bill Phillips to appear by telephone.

No objections by the Defendants.

The Plaintiff's request for Mr. Bill Phillips to appear by telephone is granted.

**1:45 p.m.     Court in recess.**
**1:55 p.m.     Court in session.**

Mr. Bill Phillips and Mr. John Hawkins appears telephonically.

1:57 p.m.        Oral argument by Mr. Austin, for the Plaintiff.

The Defendant calls witness, Mr. Corrado.

The witness is sworn.

2:40 p.m.        Direct examination of the witness, by Mr. Marconi.

2:50 p.m.        Cross examination of the witness, Mr. Corrado, by Mr. Austin.

The witness is excused.

2:55 p.m.        Oral argument by Mr. Marconi, for the Defendant.

**3:10 p.m.        Court in recess.**
**3:30 p.m.        Court in session.**

3:30 p.m.        Rebuttal argument by Mr. Austin, for the Plaintiff.

**It was ORDERED**:

1. Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction [#17], filed October 11, 2007, is **TAKEN UNDER ADVISEMENT.**

**3:35 p.m.        Court in recess.**

*Total court time: 1 hour and 30 minutes - hearing concluded*